

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JuSTiN, MaHLow, Delks

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

BraNch CouNty Jail

Jail mEdicAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case:2:25-cv-12237
Judge: Parker, Linda V.
MJ: Ivy, Curtis
Filed: 07-22-2025 At 11:52 AM
PRIS DELLES V BRANCH COUNTY JAIL, ET AL (LG)

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

# Complaint for Violation of Civil Rights
### (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

I. The Parties to This Complaint

    A. The Plaintiff(s)

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Justin, Mahlon Delles
    All other names by which you have been known:

    ID Number: 10343
    Current Institution: Branch County Jail
    Address: 379 Keith Wilhelm DR
    Coldwater MI, 49036

    B. The Defendant(s)

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1
    Name: Branch County Jail/Medical
    Job or Title (if known):
    Shield Number:
    Employer:
    Address: 379 Keith Wilhelm DR
    Coldwater MI, 49036

    [X] Individual capacity      [X] Official capacity

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐       Federal officials (a *Bivens* claim)

☒       State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? I WAS Denied proper medical supplies with my Broken foot, my cast got destroyed do to getting wet, not giving me proper shower bag's to keep my cast dry, got moldy and destroyed in 2 weeks, Denied crutch's or a wheel chair in population came to Jail on a simple postion change! Shappered my foot 10 day's before I came to Jail, Stitch's still in my foot, with no cast, would not medical px me, keep in a holding cell for 4 days/no medical

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I feel That The Jail for One Should of never Let me In There facilaty with out A CASt Becase my foot was So Bad The orthepedic Surgon needed To weeks to Let The Swelling go Down Before he could Put CASt on! The medical StAff for Not Being Able To compansate for my Broken foot, I was Left IN holding cell for 4 DAys Before They took me To See The Surgon. They Denied me Crutchs and a wheel chair!

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* I'm ON Parole Violation for postion of meth 0.30 grams

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I worked At Sinstled Steel Broke my foot at work, 10 DAY's Later cAme To Jail on a postion charge. 5-13-25 came To Jail 5-23-25

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

While In Caccerated I fell on my Broken foot In Shower ArEA, Took To Medical holding Cell and left There, would NoT TAke me To ER or exRay, I Pee my self Left Sit In It for hours 6-14-25 got A hole In my CASt 5-30-25 No BaS's To Shower with No hole's In Them Athletes foot stilch's Infected

C. What date and approximate time did the events giving rise to your claim(s) occur?

6-14-25 fell and ReBroke my foot 7-14-25 went To OrThepedic surgen foot's Broke Refoactued not healing proper!

6

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 5-13-25 I broke my foot at a work related insident! A 155 pound Steel plate fell on my foot and compound fractured my foot as well as shaddered the bone in it! Went to the orthepedic surgen next day after the hospital sawed my foot up, The orthepedic surgen said my foot was to swollen to put a cast on right away That he wanted to wait 2 weeks to let the swelling go down, 10 day's later I came to jail with out my cast and my stitch's still in my foot, I was left in the holding cell for 4 days with out my pain med's and or medical attention! I'm here on a simple postion charge, Bond was set at 5,000 cash or acitty, They would not medicaly PR me or sent me to the hospital, I should of never been aloud in this facility with out a hard cast to protect my foot! While incarcerated They would not compansate me medical no ice to get swelling down. No proper bag's to cover my foot to bath, no crutch's or wheel chair. Made to use a walker with a broken foot that was suppose to have no pressure on! Also 6-14-25 I fell getting out of the shower, washing my foot off after my cast got destroyed in 2 weeks dew to not having the proper medical supplies and was taken to a medical holding cell were they left me to urinate on my self because I was in such pain, They left me in there for hour's with no medical evaluation, no exray, no doctor, ER. Between 7-7-25 7-14-25 I was taken to orthepedic surgen to do and ex ray of my foot! It is still broken after 2 months of braking it!

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Refracted/Broke my foot when I fell I belive getting out of the shower, I felt the bone in my foot pop an swell up. Couldn't stand on it. I was given Nauproxen and told I was not going to the hospital, no nurse avaliable or doctor! No exray of my foot! Nothing done! I belive I should of been taken and gotten a exray done of my foot seen's how 2 weeks prior I broke in two places, shattered, and compacted!

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to ~~~~ compensate me for not giving me proper medical treatment, not giving me proper medical supplies to take care of my foot, for destroying my hard cast dew to getting wet, no crutchs or wheel chair, no doctor on staff at the jail, for not taking proper medical procedures when I fell and re broke my foot, no exray's no hospital vist, no orepedic surgen lost wages because I'm going to have to have surgery done because not healing properly, doctor vist's, oreth pidic surgon vist's, not being able to get my workmans comp started because. Should of never been aloud to stay at the jail with a broken foot 8 days prior, no cast on my foot yet →

Stitch's still in. The orepedic surgon told me him self that he wasn't ready to put a cast on my foot because it was still to swollen and he couldnt keep and eye on it to wait for the swelling to go down to see if surgerry needed done! I was left in here with out the proper medical staff with no doctor or orethipedic oppthments! I belive all together it should be after lawer fee's doctor fee's, five hundred thousand! Doctor fee's and lawer fee's on top of the five hundred thousand!

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Branch County Jail, Coldwater MI, 49036
379 Keith Wilhelm Dr

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

Claims of Not Doing proper Medical procedure, Not having proper Medical supplies, Not taken me to see A Doctor or EX. Ray, wont take me to Orthepidict Surgon. Denied Medical Attention, Denied crutch's and or Wheel chair in population Made to walk on here cast/ No Nurse or Doctor on 24/7 nurse gone week at a time⁹ Ext.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I filled at The Branch County Jail, 2 of Them!

2. What did you claim in your grievance? That I wasn't Reciving Proper medical supplies or Treatment, Not Being Able To EX-Ray or go Back To Surgen! fell In The shower and was Left In holding cell with No Nurse or Doctor VIST! Denied My Crutchs and or Wheel Chair! everThing is On Video and Body Cam As well here at Branch County Jail!

3. What was the result, if any? There HAS Been No Result!

10

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I still have Not Been Seen About The grivance! I'm not sure what's going on I have put a IN!

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have exhausted every Posabatly To get MY foot Looked At! I Know it's Not healing Proper and probably Needs Rebroke!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s)  _____
     Defendant(s)  _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     _____

  3. Docket or index number

     _____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*




C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s)    _____
Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*




3. Docket or index number

_____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: [redacted] - 7-6 , 20 25 .

Signature of Plaintiff      *Justin Delles*
Printed Name of Plaintiff   Justin Delles
Prison Identification #     10343
Prison Address              Branch County Jail
                            Coldwater          MI          49036
                            City               State       Zip Code

14

**Additional Information:**

I Have tried ever opption to resolve this matter with the medical staff or not medical staff, These procedures are totally wrong, and They Act Like my shattered foot was no Big Deal! I can't even walk properly on my foot Now! The Surgon Docter heartman was major upset That I was Back to see him After 2 weeks Because my cast got Destroyed Dew to NOT get or having proper medical supplies And my crutch's! My medical Bill's here At The Jail excede 10,000 Dollars! when I have Medicade and could take care of This from out side with a medical pr Bond my Bond is 5,000 cash or Accretty 500 with Bonds man! I should of never Been Alowd to come Into This facility with No cast and stitch's After compand and shattered foot 10 days prior! Thank Ya for Your time and Consideration!

