UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JUSTIN MAHLON DELLES,

        Plaintiff,        Case No. 1:25-cv-852

v.        Honorable Phillip J. Green

BRANCH COUNTY, et al.,

        Defendants.
_____/

**ORDER FOR PARTIAL DISMISSAL,
DENYING MOTIONS, AND FOR SERVICE**

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's amended complaint against Defendants Branch County, Branch County Sheriff's Office, Riley, Shawnna, Parker, and Knack be **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the following claims against remaining Defendant Blankenship be **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c): official capacity claims; Eighth and Fourteenth Amendment claims for unconstitutional conditions of confinement, Plaintiff's use of a wheelchair and crutches, and medical care claims concerning the actions of nonparties; claims concerning Plaintiff's use of the grievance process; and claims related to Plaintiff's PREA complaint.

**IT IS FURTHER ORDERED** that Plaintiff's motions to appoint counsel (ECF Nos. 7 and 11) are **DENIED.**

**IT IS FURTHER ORDERED** that that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant Blankenship in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that Defendant Blankenship shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent.  Until so ordered by the Court, Defendant Blankenship is not required to file an answer or motion in response to the amended complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1).  After Defendant Blankenship has filed an appearance, the Court will enter a case management order to govern further proceedings in this case.

Dated:  November 2, 2025               /s/ Phillip J. Green
                                       PHILLIP J. GREEN
                                       United States Magistrate Judge