UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MAHLON DELLES,

Plaintiff,

v.

BRANCH COUNTY, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-852

HON. JANE M. BECKERING

# ORDER

This is a civil rights action brought by a prisoner under 42 U.S.C. § 1983. Defendant Fred Blankenship, the only remaining defendant, filed a Motion for Summary Judgment (ECF No. 25). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on October 8, 2026, recommending that this Court grant the motion and terminate this matter. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Blankenship's Motion for Summary Judgment (ECF No. 25) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: November 13, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge